IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

MAR 0 7 2006

Michael N. Milby, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| Plaintiff, | § |
| vs. | § CRIMINAL NO. 7:88-CR-388-01 |
| HOMERO GUTIERREZ | § |
| Defendant | § |

## SATISFACTION OF JUDGMENT

The Judgment in the above-entitled case having been paid in full in the amount of $10,050.00, it is therefore in order that Satisfaction of Judgment be entered of record by the Clerk of the Court in the cause and that Homero Gutierrez be discharged of the monetary liability imposed by the Court.

Respectfully submitted,

CHUCK ROSENBERG
United States Attorney

By: _____
CLAUDE HIPPARD
Assistant United States Attorney
Attorney in Charged
Financial Litigation Unit
Texas State Bar No. 09712800
P. O. Box 61129
Houston Texas 77208
Tel: (713) 567-9560
Fax: (713) 718-3405

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk of Court MAR 07 2006
By _____
Deputy Clerk

Date: March 6, 2006